No. 107. POPE ESTATE CO. *v.* LEWIS, FORMER COLLECTOR OF INTERNAL REVENUE. October 13, 1941. Petition

for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Farraher* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark* and *Messrs. Sewall Key, J. Louis Monarch,* and *S. Dee Hanson* for respondent.